IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCELLO DAMON                                                    PETITIONER

v.                              NO. 4:26-cv-00417-LPR-PSH

DEXTER PAYNE                                                      RESPONDENT

## ORDER

Petitioner Marcello Damon ("Damon") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. He has now paid the five dollar filing fee.

The Court has reviewed Damon's petition as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Rules"). On the basis of that review, the Court orders the following:

(1) Damon joined the "ADC" as the respondent in this case. Although Damon appears to be incarcerated in the Sheridan City Detention Center, the correct respondent is Dexter Payne ("Payne"), the Director of the Arkansas Division of Correction. The Clerk of the Court shall strike the ADC as the respondent and shall substitute Payne as the correct respondent.

(2) The Clerk of the Court is directed to serve by regular mail a copy of Damon's petition and this Order on Payne and the Attorney General for the State of Arkansas. Respondent shall file an answer, motion, or other response to Damon's petition. The answer, motion, or other response shall conform to the requirements of Rule 5. Respondent shall file an answer, motion, or other response within twenty-one days after service of the petition, exclusive of the day of service. As a part of the answer, motion, or other response, respondent shall include the following, if applicable:

1) the judgment of conviction;

2) the docket sheet from the sentencing court evidencing the history of the proceedings;

3) any order or opinion from an appellate court dismissing a direct appeal by Damon, an order or opinion affirming his conviction, or a citation to any such order or opinion;

4) any order of any court dismissing a motion to vacate or habeas corpus petition filed by Damon; and

5) any order or opinion from an appellate court dismissing an appeal by Damon from the denial of a petition or motion, any order or opinion affirming the denial of a petition or motion, or a citation to such order or opinion.

Damon is again notified of his obligation to comply with the Federal Rules of Civil Procedure as well as the Local Rules for the United States District Court for the Eastern District of Arkansas. Specifically, he is directed to Local Rule 5.5(c)(2), which provides the following:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 20th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE